[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Am. Mun. Power, Inc. v. Bechtel Power Corp.*, Slip Opinion No. 2016-Ohio-3431.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-3431

AMERICAN MUNICIPAL POWER, INC. *v*. BECHTEL POWER CORPORATION.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Am. Mun. Power, Inc. v. Bechtel Power Corp.,* Slip Opinion No. 2016-Ohio-3431.]

*Certified question sua sponte declined—Cause dismissed.*

(No. 2014-1847—Submitted October 27, 2015—Decided June 16, 2016.)

ON ORDER from the United States District Court for the Southern District of Ohio, Eastern Division, Certifying a Question of State Law,

No. 2:11-cv-131.

_____

{¶ 1} Having considered all the arguments in this case, the court, sua sponte, exercises its discretion under S.Ct.Prac.R. 9.01(A), declines to answer the certified question, and dismisses the cause.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

KENNEDY and FRENCH, JJ., dissent.

_____

Taft, Stettinius & Hollister, L.L.P., Stephen C. Fitch, David J. Butler, and Celia M. Kilgard; and Shapiro, Lifschitz & Schram and Judah Lifschitz, for petitioner.

Vorys, Sater, Seymour & Pease, L.L.P., William G. Porter, and Douglas R. Matthews; and Pepper Hamilton, L.L.P., Michael P. Subak, and Richard W. Folz Jr., for respondent.

Wesp Barwell, L.L.C., and Gregory P. Barwell, for amicus curiae, Ohio Counsel of Retail Merchants, in support of respondent.

_____